UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
CAROLYN COPELAND,

        Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------x

**ORDER**
Case No. 05-CV-3684 (FB)

**BLOCK, Senior District Judge:**

    On April 7, 2006, the Commissioner moved for a judgment on the pleadings affirming her final decision denying benefits in this matter. Plaintiff's opposition to the motion was to be served by May 8, 2006; the Commissioner's reply, if any, was to be served by May 15, 2006; and all papers were to be filed with the Court immediately thereafter.

    The Commissioner's motion and supporting papers were filed on May 16, 2006. As of June 28, 2006, however, Plaintiff has submitted no opposition to the motion.

    Plaintiff shall, **by July 14, 2006**, file with the Court and serve on counsel for the Commissioner whatever she wishes to submit in opposition to the Commissioner's motion. If Plaintiff makes no submission by that date, the Court will determine the motion based solely on the Commissioner's supporting papers.

    **SO ORDERED.**

                                        *Frederic Block*

                                        FREDERIC BLOCK
                                        Senior United States District Judge

Brooklyn, New York
June 28, 2006